## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
AKF INC. d/b/a FUNDKITE,

                        Petitioner,                    24 **CIVIL** 2271 (LTS)

              -against-                      **JUDGMENT**

SKYBELL TECHNOLOGIES INC. d/b/a
SKYBELL/SKYBELL POWERING OUR PARTNERS,
RONALD G. CARRIQUES, RTL LLC, BIG TOP TECH
LLC, GEE PARTNERSHIP HOLDINGS, LLC, LGXK
SKYBELL LLC, and DESIREE CARLEEN MEJIA,

                     Respondents.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 24, 2025, (1) Petitioner's motion to remand this action to state court is denied, (2) Respondents' motion to vacate the Arbitration Award is denied, and (3) Petitioner's motion to confirm the January 19, 2024 Arbitration Award in the amount of $360,540.08, along with Petitioner's costs of confirming the award and interest from January 19, 2024, to the date on which judgment is entered at the rate of nine percent per annum, is granted for the total interest amount of $38,316.03. Post- judgment interest shall accrue in accordance with 28 U.S.C. section 1961. Accordingly, the case is closed.

**Dated**: New York, New York

      March 25, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

BY: _____

**Deputy Clerk**