UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AKF INC. d/b/a FUNDKITE,

      Petitioner,

  -v-                                      No. 24-CV-2271-LTS

SKYBELL TECHNOLOGIES INC. d/b/a
SKYBELL/SKYBELL POWERING OUR
PARTNERS, RONALD G. CARRIQUES,
RTL LLC, BIG TOP TECH LLC, GEE
PARTNERSHIP HOLDINGS, LLC, LGXK
SKYBELL LLC, and DESIREE CARLEEN
MEJIA,

      Respondents.

-------------------------------------------------------x

## Order

      Pending before the Court is a motion for reconsideration of the Court's March 24, 2025 Memorandum Opinion and Order (docket entry no. 18), filed by Skybell Technologies Inc. d/b/a Skybell/Skybell Powering Our Partners, Ronald G. Carriques, RTL LLC, Big Top Tech LLC, Gee Partnership Holdings, LLC, LGXK Skybell LLC, and Desiree Carleen Mejia (collectively, "Respondents"). (Docket entry nos. 20-21.)

      The parties are directed to proceed with briefing in accordance with S.D.N.Y. Local Civil Rules 6.1 and 6.3.

      SO ORDERED.

Dated: New York, New York
       April 22, 2025

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge