UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

AKF INC. d/b/a FUNDKITE,

      Petitioner,

    -v-                                  No.  24-CV-2271-LTS

SKYBELL TECHNOLOGIES INC. d/b/a
SKYBELL/SKYBELL POWERING OUR
PARTNERS, RONALD G. CARRIQUES,
RTL LLC, BIG TOP TECH LLC, GEE
PARTNERSHIP HOLDINGS, LLC, LGXK
SKYBELL LLC, and DESIREE CARLEEN
MEJIA,

      Respondents.

--------------------------------------------------------x

ORDER

On April 21, 2025, Skybell Technologies Inc. d/b/a Skybell/Skybell Powering Our Partners, Ronald G. Carriques, RTL LLC, Big Top Tech LLC, Gee Partnership Holdings, LLC, LGXK Skybell LLC, and Desiree Carleen Mejia (collectively, "Respondents") moved for reconsideration of the Court's March 24, 2025 Memorandum Opinion and Order (docket entry no. 18), upon which judgment was entered on March 25, 2025 (docket entry no. 19).  (Docket entry nos. 20-21 (the "Motion for Reconsideration").)

In light of the parties' stipulation to discontinue the instant action (docket entry no. 25) and the recording of the Satisfaction of Judgment (docket entry no. 27), the Clerk of Court is respectfully directed to terminate all pending motions in this case.

SO ORDERED.

Dated: New York, New York
      May 16, 2025

                             /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                             Chief United States District Judge